# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JAMES EDWARD JOHNSON, <br> *Plaintiff* <br><br> v. <br><br> BRANDON SALTER, SAMUEL NOBLE, KATHERINE ALZOLA, and CITY OF AUSTIN, TEXAS, <br> *Defendants* | § § § § § § § § § <br><br> Case No. 1:22-CV-01050-DAE |

## ORDER

Now before the Court are Defendant City of Austin's Opposed Motion to Quash and for Protection as to Plaintiff's Rule 30(b)(6) Notice of Deposition for Defendant City of Austin, filed February 8, 2024 (Dkt. 33); Plaintiff's Motion to Compel Deposition and Response to Subpoena *Duces Tecum*, filed February 15, 2024 (Dkt. 37); Plaintiff's Motion to Compel Responses to Second Set of Requests for Production from Defendant City of Austin, filed February 16, 2024 (Dkt. 39); the associated response and reply briefs; and the Joint Advisory filed by order of the Court on March 1, 2024 (Dkt. 42).[1]

The parties are **ORDERED** to appear for a hearing on these motions **Monday, March 18 at 2 p.m.** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on March 6, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] By Text Orders entered February 9, 15, and 16, 2024, the District Court referred the motions to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas.